

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8129

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| vs. | ) 21 U.S.C. § 952 and 960 |
| Jose Luis GONZALEZ-Manjarrez | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about February 9, 2008, within the Southern District of California, defendant Jose Luis GONZALEZ-Manjarrez did knowingly and intentionally import approximately 9.56 kilograms (21.03 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF FEBRUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jose Luis GONZALEZ-Manjarrez

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Jeffrey Gilgallon.

On February 9, 2007, at approximately 1546 hours, Jose Luis GONZALEZ-Manjarrez attempted to enter the United States from the Republic of Mexico through the East Calexico, California Port of Entry. GONZALEZ was the driver and registered owner of a 1999 Chevrolet Cavalier

Customs and Border Protection Officer (CBPO) Bosquet received a negative oral customs declaration from GONZALEZ. CBPO Bosquet noticed GONZALEZ was restless and over talkative. CBPO Bosquet inspected the Cavalier and noticed bondo in the trunk of the vehicle. CBPO Bosquet escorted GONZALEZ and the Cavalier to the vehicle secondary inspection area.

During secondary examination, CBPO Bosquet and CBPO M. Hernandez discovered a non-factory compartment between the firewall and dashboard of the Cavalier. CBPO Bosquet discovered a total of fifteen (15) packages concealed in the compartment. This substance field-tested positive for the presence of methamphetamine. The total weight of the packages was approximately 9.56 kilograms (21.03 pounds).

GONZALEZ was placed under arrest and advised of his Miranda Rights. GONZALEZ stated he understood his rights and agreed to answer questions. GONZALEZ stated he was told the Cavalier contained marijuana. GONZALEZ said he was to be paid $2000.00 for smuggling the narcotics into the United States.