

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 701-BTM |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| JOSE LUIS GONZALEZ-MANJARREZ, | |
| Defendant. | |

The United States Attorney charges:

On or about February 9, 2008, within the Southern District of California, defendant JOSE LUIS GONZALEZ-MANJARREZ, did knowingly and intentionally import 500 grams or more, to wit: approximately 9.56 kilograms (21.03 pounds) of Methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 11, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John T. Weis*
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
3/11/08